■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID TORRES, Appellant. [858 NYS2d 146]—Order, Supreme Court, New York County (Ruth L. Sussman, J.), entered on or about March 9, 2005, which adjudicated defendant a level three sex offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant's claim that he does not qualify as a sex offender is similar to the claim made by the defendant in *People v Cintron* (46 AD3d 353 [2007], *lv denied* 10 NY3d 804 [2008]). For the reasons stated in *Cintron*, we find this claim to be both unpreserved and without merit (*see also People v Windham*, 37 AD3d 571 [2007], *affd* 10 NY3d 801 [2008]). To the extent that defendant is asserting that it is unconstitutional to determine his qualification as a sex offender on the basis of an administrative computation of his aggregate sentence made in accordance

with Penal Law § 70.30, we likewise find that claim to be unpreserved and meritless.

Defendant did not establish any special circumstances warranting a downward departure from his risk level (*see People v Guaman*, 8 AD3d 545 [2004]). Concur—Gonzalez, J.P., Catterson, McGuire and Moskowitz, JJ.